Peter A. Leeming SBN 119124
Law Offices of Peter A. Leeming
108 Locust Street, Suite 7
Santa Cruz, CA 95060

Telephone (831) 425-8000
paleeming@sbcglobal.net

Attorneys for defendant
Jaimi Jansen

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAIMI JANSEN<br><br>Defendants. | No. CR 22CR0165 CRB<br><br>**DEFENDANT'S SENTENCING MEMORANDUM**<br><br>**September 28, 2022**<br>**10:00 A.M.**<br>**Hon. Charles R. Breyer** |

## INTRODUCTION

Ms. Jaimi Jansen submits the following for the Court's consideration at the time of sentencing.

Ms. Jansen committed the offenses for which she is now to be sentenced during a period of extreme personal difficulty. She had been displaced by the CZU complex fires which rendered her home uninhabitable. She was dealing with multiple health issues, as well as the psychological trauma from the death of her abusive grandfather. At the same time, she

Defendant's Sentencing Memorandum 22CR0165

was trying to keep her business running while maintaining the safety of her clients and her loyal employees.

Ms. Jansen was immediately cooperative when confronted by law enforcement and provided a complete accounting of her involvement in this offense. She has never tried to minimize her behavior and feels tremendous shame for her participation in this offense. She respectfully requests that the Court follow the recommendation contained in the probation report and sentence her to a term of probation.

## I: FACTUAL BACKGROUND

The factual circumstances surrounding this offense are well summarized in the probation report ("PSR") and will not be repeated here. Briefly, Ms. Jansen heard of Dr. Mazi and her proposed alternative to the COVID vaccines through a friend. After attending a remote presentation by Dr. Mazi, Ms. Jansen initially was convinced that the alternative treatment was safe and effective. However, the instructions accompanying the vaccine cards provided by Dr. Mazi's office directed purchasers to use actual Pfizer and Moderna lot numbers, when the "vaccine" was obviously not manufactured by either company.

Ms. Jansen has admitted to providing false vaccination cards to approximately 170 people for approximately $18,480 in gross proceeds, which she has agreed to forfeit.

## II: GUIDELINE CALCULATIONS

Ms. Jansen agrees with the guideline calculations set forth in the PSR at ¶24. She has fully accepted responsibility for her conduct, see PSR ¶13. She has no criminal history whatsoever. Her guideline sentencing exposure is therefore 0-6 months.

## III: 3553 FACTORS

Ms. Jansen is a remarkable person who has survived numerous challenges in her life, including injuries, chronic and debilitating health issues, and sexual abuse. Despite this, she is a successful business owner who is highly regarded by many in her community, as

reflected in the letters from those who know her filed concurrently with this memorandum.[i]

Mr. A. Cuppy writes that he was "in awe of [Ms. Jansen's] commitment to people" and the valuable assistance that Ms. Jansen's business provides to those in need.  Ms. Remick-Rodriguez describes the material support for persons suffering the impact of the CZU fires that Ms. Jansen and her husband provided to others during that time, as does Ms. C. Bianchini. All the letters reflect the tremendous remorse and sadness that Ms. Jansen feels for having committed this offense.

The sentencing recommendation by the probation officer includes numerous reasons that justify a probationary sentence in this matter. For those reasons, it is respectfully requested that the Court follow that recommendation.

Respectfully Submitted,

Dated: September 20, 2022,    By: _____
                              Peter A. Leeming, attorney for
                              Jaimi Jansen

---

[i] The filed letters are a small representative sample of the numerous letters of support submitted to undersigned counsel in this matter.